IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERVIN HOLLOWAY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12cv611-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER AND OPINION**

On July 30, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 2). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the § 2255 motion is DENIED and this case is DISMISSED, because Holloway has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

Done this the 22nd day of August, 2012.


/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE